EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>María E. Gómez Velázquez | 2009 TSPR 181<br><br>177 DPR ____ |

Número del Caso: TS-4488

Fecha: 15 de diciembre de 2009

Abogado de la Parte Peticionaria:

        Lcdo. Roberto Torres Viera

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María E. Gómez Velázquez              TS-4488

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de diciembre de 2009.

Examinada la *Moción Solicitando Reinstalación a la Abogacía*, se reinstala a la Lcda. María E. Gómez Velázquez al ejercicio de la abogacía. Además, se le concede a la licenciada Gómez Velázquez un término de treinta (30) días, contado a partir de la notificación de esta Resolución, para que se exprese en torno a la queja que tiene pendiente ante el Colegio de Abogados.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez hace constar que no consideraría la solicitud de reinstalación hasta que conteste y atienda la queja ante el Colegio de Abogados e informe el estado de la misma. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo